## **Schedule A**
Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| **SOUND RECORDINGS** | | | | | |
| alt-J | Left Hand Free | SR0000770601 | Atlantic Recording Corporation | DSW | https://www.instagram.com/stories/highlights/18286158043034708/ |
| Anitta | Envolver | SR0001018107 | Warner Records Inc. | The Shoe Company | https://www.instagram.com/reel/CdqzwSSFP67/ |
| Baby Tate & Saweetie | Hey, Mickey! | SR0000959263 | Warner Records Inc. | DSW | https://www.tiktok.com/@dsw/video/7217192743343279403 |
| Beatrich | Superstar | SR0000939502 | Warner Music International Services Limited | DSW | https://www.tiktok.com/@dsw/video/6990731912780287238 |
| Bruno Mars | Talking to the Moon | SR0000671062 | Elektra Entertainment Group Inc. | DSW | https://www.tiktok.com/@dsw/video/7015587521492995334 |
| Bruno Mars, Anderson .Paak, Silk Sonic | After Last Night (with Thundercat & Bootsy Collins) | SR0000932350 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/7205966222079462702 |
| Bruno Mars, Anderson .Paak, Silk Sonic | Leave The Door Open | SR0000932365 | Atlantic Recording Corporation | DSW | https://www.instagram.com/stories/highlights/17857772020776365/ |
| Burna Boy | Last Last | SR0000931330 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/7216377281193905454 |
| CamelPhat & Elderbrook | Cola | SR0000918516 | Big Beat Records Inc. | The Shoe Company | https://www.instagram.com/reel/CilNYfwgGce/ |
| Cardi B | Up | SR0000934506 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/6936250925820464389 |
| Cassie | Long Way 2 Go | SR0000394687 | Bad Boy Records LLC | The Shoe Company | https://www.tiktok.com/@theshoecompany_/video/7143259891614977286 |
| Charli xcx | Speed Drive (From Barbie The Album) | SR0000968761/ SR0000975539 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/7259393931752770858 |
| Cher | Believe | SR0000261347 | Warner Music International Services Limited | Keds | https://www.tiktok.com/@keds/video/7200482057682849070 |

1

## Schedule A

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Danity Kane | Show Stopper | SR0001014443 | Bad Boy Records LLC | DSW | https://www.tiktok.com/@dsw/video/7202636184827252010 |
| David Guetta & Bebe Rexha | I'm Good (Blue) | SR0000940861 | Warner Music International Services Limited | DSW | https://www.instagram.com/reel/CohvjfPgfCQ/ |
| Dua Lipa | Dance The Night (From Barbie The Album) | SR0001011873 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/7267556441618222378 |
| Dua Lipa | Levitating | SR0000902950 | Warner Music International Services Limited | The Shoe Company | https://www.instagram.com/reel/COYo_t2B9Ge/ |
| Dua Lipa | Levitating (feat. DaBaby) [Don Diablo Remix] | SR0001001469 | Warner Music International Services Limited | DSW | https://www.instagram.com/reel/CL-dj0IA5HD/ |
| Echosmith | Cool Kids | SR0000968318 | Warner Records Inc. | The Shoe Company | https://www.instagram.com/reel/Cfo-0ZcAlrO/ |
| Ed Sheeran | Shivers | SR0000935936 | Warner Music International Services Limited | The Shoe Company | https://www.instagram.com/reel/C1xN5DLOcn8/ |
| Eliza Rose & Interplanetary Criminal | B.O.T.A. (Baddest Of Them All) | SR0000940883 | Warner Music International Services Limited | The Shoe Company | https://www.tiktok.com/@theshoecompany_/video/7145899973203201285 |
| FIFTY FIFTY | Cupid (Twin Ver.) | SR0000993474 | Warner Music International Services Limited | DSW | https://www.tiktok.com/@dsw/video/7221160801862700330 |
| Fitz and The Tantrums | Out of My League | SR0000724442 | Elektra Entertainment LLC | Topo | https://www.tiktok.com/@topoathletic/video/7253122875253591338 |
| Fleetwood Mac | Dreams | N39857 | Rhino Entertainment LLC | DSW | https://www.instagram.com/stories/highlights/18286158043034708/ |
| Gorillaz | Feel Good Inc. | SR0000379134 / SRu000573812 | Warner Music International Services Limited | The Shoe Company | https://www.instagram.com/reel/CrOvlblgvoe/ |
| Icona Pop | I Love It (feat. Charli xcx) | SR0000723485 | Atlantic Recording Corporation | DSW | https://www.instagram.com/reel/CdWd8x8gRnn/ |

2

## Schedule A

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Jack Harlow | First Class | SR0000927372 | Atlantic Recording Corporation | DSW | https://www.instagram.com/reel/CfJobY9ABIm/ |
| Jack Harlow | WHATS POPPIN | SR0000877565 | Atlantic Recording Corporation | DSW | https://www.instagram.com/reel/ChM8sKiAoFD/ |
| James Taylor | Carolina in My Mind | N38974 | Rhino Entertainment LLC | DSW | https://www.instagram.com/stories/highlights/18095798182282761/ |
| Jason Derulo | Acapulco | SR0000909583 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/7046434984600538415 |
| Jason Derulo | Whatcha Say | SR0000685175 | Warner Records Inc. | DSW | https://www.instagram.com/reel/CnXDOuwIOoI/ |
| Jessie James Decker | Should Have Known Better | SR0000934732 | Warner Music Nashville LLC | DSW | https://www.instagram.com/reel/CbAwpsAgN93/ |
| Kaliii | Area Codes | SR0000959272 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/7231928983833775406 |
| Kiiara | Gold | SR0000928406 | Atlantic Recording Corporation | The Shoe Company | https://www.pinterest.ca/pin/392868767508635956/ |
| Leslie Odom, Jr., Lin-Manuel Miranda, Original Broadway Cast of Hamilton | A Winter's Ball | SR0000923673 | Atlantic Recording Corporation | DSW | https://www.instagram.com/reel/CcWAZYsAskU/ |
| Linkin Park | In the End | SR0000288402 | Warner Records Inc. | DSW | https://www.tiktok.com/@dsw/video/7114718110556359978 |
| Lizzo | About Damn Time | SR0000927976 | Atlantic Recording Corporation | DSW | https://www.instagram.com/reel/CdeLeQ6AEof/ |
| Lizzo | Boys | SR0000871754 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/6905882497221987590 |
| Lizzo | Juice | SR0000850617 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/6966594804218170629 |
| Lizzo | Rumors (feat. Cardi B) | SR0000927183 | Atlantic Recording Corporation | DSW | https://www.instagram.com/stories/highlights/18095798182282761/ |
| Lizzo | Special (feat. SZA) | SR0000954164 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/7224149530202180907 |

## **Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Lykke Li | I Follow Rivers (The Magician Remix) | SR0000913999 | Warner Music International Services Limited | The Shoe Company | https://www.instagram.com/reel/ClyvQ_tgz07/ |
| Madonna | Hung Up | SR0000375278 | Rhino Entertainment LLC | The Shoe Company | https://www.youtube.com/shorts/nqlG_25i928 |
| Martin Solveig & Dragonette | Hello | SR0000754786 | Big Beat Records Inc. | DSW | https://www.instagram.com/stories/highlights/18286158043034708/ |
| Martin Solveig & GTA | Intoxicated | SR0000966671 | Big Beat Records Inc. | DSW | https://www.instagram.com/reel/CgnGXaLAO9Q/ |
| Michael Bublé | Holly Jolly Christmas | SR0000704271 | Warner Records Inc. | DSW | https://www.instagram.com/reel/Ck3YDbsgJfI/ |
| Michael Bublé | It's Beginning to Look a Lot like Christmas | SR0000704271 | Warner Records Inc. | The Shoe Company | https://www.instagram.com/reel/C1NMPOXOHUg/ |
| Michael Bublé | Sway | SR0000330696 | Warner Records Inc. | DSW | https://www.instagram.com/reel/CeL65-GA4VW/ |
| Missy Elliott | Get Ur Freak On | SR0000297686 | Elektra Entertainment Group Inc. | The Shoe Company | https://www.instagram.com/reel/Ci2iYD_g7-4/ |
| Missy Elliott | Work It | SR0000345855 / SR0000963755 | Elektra Entertainment Group Inc. | DSW | https://www.instagram.com/reel/Ce62l6lgRTB/ |
| Morten Harket | Can't Take My Eyes Off You | SR0000188251 | Warner Records Inc. | DSW | https://www.instagram.com/reel/Cclfz25gaxq/ |
| Oliver Tree & Robin Schulz | Miss You | SR0000939376 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/7156235783488179502 |
| Paolo Nutini | New Shoes | SR0000403474 | Warner Music International Services Limited | The Shoe Company | https://www.instagram.com/reel/Cp23_o7p5Hu/ |
| PinkPantheress & Ice Spice | Boy's a liar Pt. 2 | SR0000954220 | Warner Music International Services Limited | DSW | https://www.tiktok.com/@dsw/video/7211517807652113706 |
| Saweetie | Best Friend (feat. Doja Cat & Katja Krasavice) [Remix] | SR0000904235 | Warner Records Inc. | DSW | https://www.instagram.com/stories/highlights/17857772020776365/ |

**Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Saweetie | Get It Girl (from Insecure: Music From The HBO Original Series, Season 5) | SR0000947216 | Atlantic Recording Corporation | DSW | https://www.instagram.com/reel/Cb-3E-Wg98v/ |
| Saweetie | My Type | SR0000848820 | Warner Records Inc. | DSW | https://www.instagram.com/reel/Cg99kJLggfx/ |
| Simple Plan | I'm Just a Kid | SR0000351060 | Atlantic Recording Corporation | Keds | https://www.instagram.com/reel/CdTKLYNgVrX/ |
| The Spinners | Could It Be I'm Falling in Love | N3465 | Atlantic Recording Corporation | The Shoe Company | https://www.instagram.com/reel/CkOJuR3AqwH/ |
| Tiësto & Ava Max | The Motto | SR0001010344 | Atlantic Recording Corporation | Designer Brands | https://www.instagram.com/stories/highlights/17967860762124052/ |
| Tones And I | Dance Monkey | SR0000875448 | Elektra Entertainment Group Inc. | DSW | https://www.tiktok.com/@dsw/video/6968851250234379525 |
| Wale | Poke It Out (feat. J. Cole) | SR0000945347 | Warner Records Inc. | DSW | https://www.instagram.com/stories/highlights/18095798182282761/ |
| **MUSICAL COMPOSITIONS** | | | | | |
| Ariana Grande | 7 rings | PA0002191175 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/Celoc4HAOfL/ |
| Ariana Grande | Santa Tell Me | PA0002017706 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7175168830698769706 |
| Ariana Grande | Worst Behavior | PA0002436046 | Warner-Tamerlane Publishing Corp. | Keds | https://www.instagram.com/reel/CpOUalpATrp/ |
| Armani White | BILLIE EILISH. | PA0002417990 | Warner-Tamerlane Publishing Corp.; Warner Chappell Music, Inc. | DSW | https://www.instagram.com/reel/CkBLS__gnkN/ |
| Ashanti | Foolish | PA0001263373 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/Cj24p2sAKjO/ |
| Azealia Banks, Lazy Jay | 212 | PA0001769492 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7231249220529868075 |
| Baby Tate & Saweetie | Hey, Mickey! | PA0002490193 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7217192743343279403 |

**Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Berlin | Take My Breath Away (Love Theme from "Top Gun") | PA0000292409 | W Chappell Music Corp. | Keds | https://www.tiktok.com/@keds/video/7405652281162714414 |
| Beyoncé | AMERICA HAS A PROBLEM | PA0002375263 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7210775225850531114 |
| Beyoncé | BREAK MY SOUL | PA0002375264 | W Chappell Music Corp. | DSW | https://www.instagram.com/reel/Cf2CzrDgdee/ |
| Beyoncé | Crazy In Love (feat. Jay-Z) | PA0001208972 | Unichappell Music Inc. | DSW | https://www.instagram.com/reel/Cbk_i96g0ed/ |
| Beyoncé | Crazy In Love (feat. Jay-Z) | PA0001208972 | Unichappell Music Inc. | Keds | https://www.tiktok.com/@keds/video/7104306535467126062 |
| Beyoncé | CUFF IT | PA0002375268 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | Designer Brands | https://www.instagram.com/stories/highlights/18082019326323618/ |
| Beyoncé | Formation | PA0002061475 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | DSW | https://www.instagram.com/reel/Cgo2p-FARhi/ |
| Beyoncé | MOVE (feat. Grace Jones & Tems) | PA0002375276 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7136233222718885163 |
| Beyoncé | Naughty Girl | PA0001208974 | W Chappell Music Corp.; Rightsong Music Inc. | DSW | https://www.instagram.com/reel/Cdf8VezgC6H/ |
| Beyoncé | Partition | PA0001918144 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | DSW | https://www.instagram.com/reel/Ca4-0oeggse/ |
| Beyoncé | PURE/HONEY | PA0002375261 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CocpZ2iA47h/ |
| Beyonce | PURE/HONEY | PA0002375261 | W Chappell Music Corp., Warner-Tamerlane Publishing Corp. | Keds | https://www.tiktok.com/@keds/video/7160710949685464362 |
| Beyoncé | Yoncé - Homecoming Live | PA0001986580/ PA0002376949 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7242677891497004331 |

6

## Schedule A

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Beyoncé, Shakira | Beautiful Liar | PA0002490234 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7227103550197763370 |
| Bill Withers | Lovely Day | PA0000027843 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/CifMNg5AMMl/ |
| Bobby Helms | Jingle Bell Rock | EP0000113915 / RE0000234391 | Warner Chappell Music, Inc. | The Shoe Company | https://www.instagram.com/reel/CmcfZxBos7Z/ |
| Brent Faiyaz | JACKIE BROWN | PA0002490181 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7211254136019651886 |
| Bruno Mars | Talking to the Moon | PA0001869984 | Warner Chappell Music, Inc. | DSW | https://www.tiktok.com/@dsw/video/7015587521492995334 |
| Bruno Mars, Anderson .Paak, Silk Sonic | After Last Night (with Thundercat & Bootsy Collins) | PA0002459496 | Warner Chappell Music, Inc.; W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7205966222079462702 |
| Bruno Mars, Anderson .Paak, Silk Sonic | Leave The Door Open | PA0002314161 | Warner Chappell Music, Inc.; W Chappell Music Corp. | DSW | https://www.instagram.com/stories/highlights/17857772020776365/ |
| Cardi B | Up | PA0002394634 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/6936250925820464389 |
| Carly Rae Jepsen | The Loneliest Time (feat. Rufus Wainwright) | PA0002483720 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/CkJg9jXAiAp/ |
| cassö, RAYE & D-Block Europe | Prada | PA0002490235 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7265327921806593322 |
| Cher | Believe | PA0000965807 | W Chappell Music Corp. | Keds | https://www.tiktok.com/@keds/video/7200482057682849070 |
| Ciara | Level Up | PA0002221124 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7148063625695989035 |
| David Bowie | Under Pressure - Live | PA0000120531 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/Clv-zrTAcC4/ |
| Dean Martin | Let It Snow! Let It Snow! Let It Snow! | EP136755/R542523/R560441 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/ClUryVRgmwV/ |

7

## Schedule A

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Diplo, SIDEPIECE | On My Mind - Do You Dance? Edit | PA0002361561 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7148066121986395435 |
| DJ Khaled | Wild Thoughts (feat. Rihanna & Bryson Tiller) | PA0002082167 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/ClPbpV8ALoB/ |
| DNA, Suzanne Vega | Tom's Diner | PA0000330888 / PA0000497749 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/CkwBSfDA6c8/ |
| Doja Cat | Boss Bitch | PA0002310969 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/Chc-ABfg9GZ/ |
| Doja Cat | Kiss Me More (feat. SZA) | PA0002304261 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/CQbPQjpBvju/ |
| Doja Cat | Vegas (From the Original Motion Picture Soundtrack ELVIS) | PA0002377114 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/CgHrX3zACBW/ |
| Dove Cameron | Boyfriend | PA0002344245 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/CbC5uj-ABfj/ |
| Drake | Nice For What | PA0002230647 | W Chappell Music Corp. | Topo | https://www.instagram.com/reel/BjfqAxCAqhZ/ |
| Drake | Nonstop | PA0002228861 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/Cg69sTdA-D1/ |
| Drake, 21 Savage | Rich Flex | PA0002391759 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CnAPSgqIvZ3/ |
| Dua Lipa | Dance The Night (From Barbie The Album) | PA0002428590 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7267556441618222378 |
| Dua Lipa | Levitating | PA0002292827 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/COYo_t2B9Ge/ |
| Dua Lipa | Levitating | PA0002292827 | W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CL-dj0IA5HD/ |
| Duke Dumont | Ocean Drive | PA0002012376 | W Chappell Music Corp. | DSW | https://www.facebook.com/DSW/videos/10154610697649306/ |

8

## **Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Echosmith | Cool Kids | PA0002385935 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/Cfo-0ZcAlrO/ |
| Eliza Rose & Interplanetary Criminal | B.O.T.A. (Baddest Of Them All) | PA0002435734 | W Chappell Music Corp. | The Shoe Company | https://www.tiktok.com/@theshoecompany_/video/7145899973203201285 |
| Fat Joe | What's Luv? (feat. Ja-Rule & Ashanti) | PA0001146216/ PA0001671409 | W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CcA0rU_Ar2L/ |
| Fat Joe | What's Luv? (feat. Ja-Rule & Ashanti) | PA0001146216/ PA0001671409 | W Chappell Music Corp. | Keds | https://www.instagram.com/reel/CsmVS3mMPN0/ |
| Fitz and The Tantrums | Out of My League | PA0001847257 | W Chappell Music Corp. | Topo | https://www.tiktok.com/@topoathletic/video/7253122875253591338 |
| Frank Sinatra | Let It Snow! Let It Snow! Let It Snow! (with the B. Swanson Quartet) | EP136755/R542523/R560441 | W Chappell Music Corp. | DSW | https://www.instagram.com/reel/Cl6L3__AzYw/ |
| French Montana | Unforgettable (feat. Swae Lee) | PA0002099601 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/Cc1fYgtP_iw/ |
| Fugees | Killing Me Softly With His Song | EU0000339027/ RE0000879477 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7241184077338938666 |
| Gene Autry | Here Comes Santa Claus | EU0000100906/ R599517 | Gene Autry's Western Music Publishing Co | The Shoe Company | https://www.instagram.com/reel/CmZMGUFgMuw/ |
| Gnarls Barkley | Crazy | PA0001338240 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/CmIM7leg7CD/ |
| GoldLink | Crew (feat. Brent Faiyz & Shy Glizzy) | PA0002100063 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/CbIRv1TrtKL/ |
| Haddaway | What Is Love | PA0000787854 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7246458778550324522 |
| Hailee Steinfeld | Most Girls | PA0002146327 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | DSW | https://www.instagram.com/reel/Bat7ITIDUeK/ |

9

**Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| House Of Pain | Jump Around | PA0001719145 | W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CjVNzX2AvfM/ |
| Ice Spice | In Ha Mood | PA0002447793 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7200444455885802798 |
| J. Cole | Work Out | PA0001775270 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7241935728668593451 |
| J. Cole, Trey Songz | Can't Get Enough | PA0001778257 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/CbqRxIDgadZ/ |
| Jack Harlow | First Class | PA0002355942 | W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CfJobY9ABIm/ |
| Jack Harlow | WHATS POPPIN | PA0002243488 | Warner-Tamerlane Publishing Corp., W Chappell Music Corp. | DSW | https://www.instagram.com/reel/ChM8sKiAoFD/ |
| Jeremih | oui | PA0002062913 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/CfHyr5tAd0A/ |
| Jorja Smith | Little Things | PA0002490249 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7249777730718420266 |
| Justin Timberlake | Cry Me a River | PA0001149534 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7260224448278711598 |
| Justin Timberlake | Mirrors | PA0001915506 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7256907537977543979 |
| Kaliii | Area Codes | PA0002490149 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7231928983833775406 |
| Katy Perry | Last Friday Night (T.G.I.F) | PA0001753637 | W Chappell Music Corp. | Keds | https://www.instagram.com/reel/CQgRDVsB9nd/ |
| Kendrick Lamar | All The Stars (with SZA) | PA0002129609 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/Cl6VRwYAi0d/ |
| Kendrick Lamar, Jay Rock | Money Trees | PA0001871263 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7236014810347982126 |
| Keyshia Cole (feat. Missy Elliott & Lil' Kim) | Let It Go | PA0001589927 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7263109199985495338 |
| Kiiara | Gold | PA0002070624 | W Chappell Music Corp. | The Shoe Company | https://www.pinterest.ca/pin/392868767508635956/ |

**Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Kool & The Gang | Celebration | PA0000411606 | Warner-Tamerlane Publishing Corp., W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7171461086682647850 |
| Kool & The Gang | Summer Madness | EP0000329126/ PA0000845531 | Warner-Tamerlane Publishing Corp., W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/6976624973234408710 |
| Lady Gaga | Bloody Mary | PA0001757746 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/CnexyYjIPYq/ |
| Lady Gaga | Born This Way | PA0001757756 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7241568638510157098 |
| Leona Lewis | Better In Time | PA0001609111 | Warner Chappell Music, Inc. | Topo | https://www.instagram.com/reel/C4IvWh3MEly/ |
| Leslie Odom, Jr., Lin-Manuel Miranda, Original Broadway Cast of Hamilton | A Winter's Ball | PA0001989311/ PA0001398281 | W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CcWAZYsAskU/ |
| Libianca | People | PA0002490244 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7235449638805982506 |
| Lil Wayne | Lollipop (feat. Static Major) | PA0001619781 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7237108979321539882 |
| Lizzo | About Damn Time | PA0002370686 | Warner Chappell Music, Inc. | DSW | https://www.instagram.com/reel/CdeLeQ6AEof/ |
| Lizzo | Boys | PA0002292950 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/6905882497221987590 |
| Lizzo | Juice | PA0002293037 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/6966594804218170629 |
| Lizzo | Rumors (feat. Cardi B) | PA0002343373 | Warner Chappell Music, Inc.; W Chappell Music Corp. | DSW | https://www.instagram.com/stories/highlights/18095798182282761/ |
| Lizzo | Special (feat. SZA) | PA0002378503 | Warner Chappell Music, Inc.; W Chappell Music Corp., Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7224149530202180907 |

**Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Madonna | Back That Up To The Beat - demo version | PA0002435684 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/CocuW3lJ2kw/ |
| Madonna | Hung Up | PA0001162837 | W Chappell Music Corp. | The Shoe Company | https://www.youtube.com/shorts/nqlG_25i928 |
| Mariah Carey | Heartbreaker (Remix) [feat. Missy Elliott & Da Brat] | PA0000996562 | W Chappell Music Corp. | Topo | https://www.instagram.com/reel/C7MWG4HMVfH/ https://www.tiktok.com/@topoathletic/video/7371092889784438059 |
| Martin Garrix | Summer Days (feat. Macklemore & Patrick Stump) | PA0002197113 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/6958044294083087622 |
| Martin Garrix | Summer Days (feat. Macklemore & Patrick Stump) | PA0002197113 | W Chappell Music Corp. | Keds | https://www.instagram.com/reel/CfEmShaABtS/ |
| Matt Corman | Put Em in They Place | PA0002516775 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7324712071881592110 |
| Metro Boomin | Trance (with Travis Scott & Young Thug) | PA0002490221 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7241251536146500910 |
| Michael Gray | The Weekend - Radio Edit | PA0001275238 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/CWTdgTHg1HF/ |
| Michael Jackson | Thriller | PA0000162442 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/CkYnXM3gCBd/ |
| Mila J | Kickin' Back | PA0002042829 | Warner-Tamerlane Publishing Corp., W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CkTMwFoAPLW/ |
| Missy Elliott | Get Ur Freak On | PA0001146413 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/Ci2iYD_g7-4/ |
| Nappy Roots | Good Day | PA0001627399 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/stories/highlights/17862651931531321/ |
| Nelly | Dilemma (feat. Kelly Rowland) | PA0001073273 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7142924579382791470 |

## Schedule A

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Nicki Minaj | Itty Bitty Piggy | PA0002466565 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7207835683900165422 |
| Nicki Minaj, Ice Spice, Aqua | Barbie World (with Aqua) [From Barbie The Album] | PA0002471371 | Warner-Tamerlane Music Corp., W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7257250357615529262 |
| Nicky Youre, dazy | Sunroof (feat. Thomas Rhett) | PA0002379295 | Warner-Tamerlane Music Corp., W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7129543296678087982 |
| Ocean Alley | Confidence | PA0002516954 | W Chappell Music Corp. | Topo | https://www.instagram.com/reel/C1rsRocs7Y_/ |
| Oliver Tree & Robin Schulz | Miss You | PA0002490231 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7156235783488179502 |
| Olivia Rodrigo | good 4 u | PA0002404776 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/6986690345371258118 |
| Paolo Nutini | New Shoes | PA0001644758 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/Cp23_o7p5Hu/ |
| Parcels | Lightenup- from Hansa Studios, Berlin | PA0002490240 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/C3vRAmKO8_C/ |
| PinkPantheress & Ice Spice | Boy's a liar Pt. 2 | PA0002436037 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7211517807652113706 |
| Pitbull | Hotel Room Service | PA0001677761 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/CqxwAF0gKd8/ |
| Ralph Castelli | Morning Sex | PA0002394626 | W Chappell Music Corp. | Topo | https://www.instagram.com/reel/CzGzd2LsHNJ/ |
| Rema | Calm Down | PA0002435681 | W Chappell Music Corp. | The Shoe Company | https://www.tiktok.com/@theshoecompany_/video/7228229193660763398 |
| Ricky Martin | Livin' la Vida Loca | PA0000967146 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/stories/highlights/18286158043034708/ |
| Rihanna | Pon de Replay | PA0001311248 | Warner-Tamerlane Publishing Corp., W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/Cih6bxPgr3L/ |
| Rihanna | Where Have You Been | PA0001801575 | Unichappell Music Inc. | DSW | https://www.instagram.com/reel/Cpkpwongj2y/ |

13

## Schedule A

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Rihanna, JAY-Z | Umbrella | PA0001602373 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/CkgTEHLAKVP/ |
| Russ | 3:15 (Breathe) | PA0002104393 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7259760282447187242 |
| Sage The Gemini, Iamsu! | Gas Pedal | PA0001919279 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/Cba1Qc0g79D/ |
| Sam Smith | Unholy (feat. Kim Petras) | PA0002381391 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CkjtpkWg2qr/ |
| Saweetie | Best Friend (feat. Doja Cat) | PA0002291322 | W Chappell Music Corp. | DSW | https://www.instagram.com/stories/highlights/17857772020776365/ |
| Saweetie | Get It Girl (from Insecure: Music From The HBO Original Series, Season 5) | PA0002490238 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/Cb-3E-Wg98v/ |
| Saweetie | My Type | PA0002238407 | W Chappell Music Corp. | DSW | https://www.instagram.com/reel/Cg99kJLggfx/ |
| Simple Plan | I'm Just a Kid | PA0001084655 | W Chappell Music Corp. | Keds | https://www.instagram.com/reel/CdTKLYNgVrX/ |
| Soulja Boy | Pretty Boy Swag | PA0001734530 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7156316023803743531 |
| Stacey Ryan | Fall In Love Alone | PA0002436042 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/C35k1hPOkln/ |
| SZA | Good Days | PA0002333973 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7100933312771837227 |
| SZA | Kill Bill | PA0002397976 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7200070036185156906 |
| SZA | Kill Bill | PA0002397976 | Warner-Tamerlane Publishing Corp. | Keds | https://www.tiktok.com/@keds/video/7194567614470065454 |
| SZA | Snooze | PA0002451534 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7199661900639063342 |
| Taylor Swift | Style | PA0001981838 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7255334291637292331 |

**Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| The Love Unlimited Orchestra | Love's Theme | EU0000433739/ RE0000841846 | Unichappel Music, Inc. | The Shoe Company | https://www.instagram.com/reel/C3qfKt4ODTV/ |
| The Spinners | Could It Be I'm Falling in Love | EP309686 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/CkOJuR3AqwH/ |
| The Weeknd | After Hours | PA0002237665 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7223012762530729258 |
| The Weeknd | Out of Time | PA0002360409 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/C2RJ39auzi0/ |
| The Weeknd | Popular (with Playboi Carti & Madonna) | PA0002437489 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7265702489310121259 |
| The Weeknd | The Hills | PA0001986818 / PA0001398369 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7212999504230944043 |
| Tiësto & Ava Max | The Motto | PA0002338080 | W Chappell Music Corp.; Warner Chappell Music, Inc. | Designer Brands | https://www.instagram.com/stories/highlights/17967860762124052/ |
| Tones And I | Dance Monkey | PA0002203186 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/6968851250234379525 |
| Tove Lo | Habits | PA0002490237 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7078287479266299182 |
| Tyler, The Creator | Lone | PA0001993158 | W Chappell Music Corp. | Topo | https://www.instagram.com/reel/DA8eeAjvhIx/ |
| Usher | Burn - Radio Mix | PA0001159079 | W.C.M. Music Corp. | DSW | https://www.tiktok.com/@dsw/video/6918360953511890182 |
| Usher | U Don't Have to Call | PA0000846616 | Warner Chappell Music, Inc. | DSW | https://www.tiktok.com/@dsw/video/7216377281193905454 |
| Vanessa Hudgens | Come Back to Me | PA0001661428 | Unichappell Music Inc. | Keds | https://www.tiktok.com/@keds/video/7093176145981476142 |
| Wale | Poke It Out (feat. J. Cole) | PA0002341514 | W Chappell Music Corp.; Unichappell Music Inc. | DSW | https://www.instagram.com/stories/highlights/18095798182282761/ |

**Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Wham! | Last Christmas | PA0000296385 | Warner Chappell Music, Inc. | The Shoe Company | https://www.instagram.com/reel/CmbyNDUIpqi/ https://www.instagram.com/reel/ClrDGkygNxP/ https://www.tiktok.com/@dsw/video/7308753974671215903 https://www.instagram.com/reel/CmHJ2Engd6r/ |
| Whitney Houston | How Will I Know | PA0000243349/ PA0000266437 | W Chappell Music Corp. | The Shoe Company | https://www.pinterest.ca/pin/392868767510131578/ |
| Yo Gotti | Down In the DM | PA0002018333 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/CoNEa6Egdtr/ |
| Yo Gotti | Pose (feat. Megan Thee Stallion & Lil Uzi Vert) | PA0002238932 | W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CZHg807o2ss/ |
| Young-Holt Unlimited | Soulful Strut | EP254603 / EP254020 / EP256052 | Warner-Tamerlane Publishing Corp.; Unichappell Music, Inc. | The Shoe Company | https://www.instagram.com/reel/Cl39-0tAF3d/ |
| Young-Holt Unlimited | Soulful Strut | EP254603 / EP254020 / EP256052 | Warner-Tamerlane Publishing Corp.; Unichappell Music Inc. | Keds | https://www.tiktok.com/@keds/video/7384168668378189102 https://www.instagram.com/reel/CoC62EzgfoZ/ |
| Yung Bae | L.O.V.E. (feat. EARTHGANG, Jon Batiste & Sherwyn) | PA0002369194 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7164076519805979950 |
| Yung Gravy | Betty (Get Money) | PA0000375327 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/CilAmPqA8rF/ |

16