AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED: 5/1/2025 | Southern District of Ohio, Eastern Division |

| PLAINTIFF | DEFENDANT |
|---|---|
| ATLANTIC RECORDING CORPORATION, ET AL. | DESIGNER BRANDS INC., DSW SHOE WAREHOUSE, INC., TOPO ATHLETIC LLC, and DOES 1 through 10 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | See attached Sched. | See attached Schedule | See attached Schedule |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## **Schedule A**
Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| **SOUND RECORDINGS** | | | | | |
| alt-J | Left Hand Free | SR0000770601 | Atlantic Recording Corporation | DSW | https://www.instagram.com/stories/highlights/18286158043034708/ |
| Anitta | Envolver | SR0001018107 | Warner Records Inc. | The Shoe Company | https://www.instagram.com/reel/CdqzwSSFP67/ |
| Baby Tate & Saweetie | Hey, Mickey! | SR0000959263 | Warner Records Inc. | DSW | https://www.tiktok.com/@dsw/video/7217192743343279403 |
| Beatrich | Superstar | SR0000939502 | Warner Music International Services Limited | DSW | https://www.tiktok.com/@dsw/video/6990731912780287238 |
| Bruno Mars | Talking to the Moon | SR0000671062 | Elektra Entertainment Group Inc. | DSW | https://www.tiktok.com/@dsw/video/7015587521492995334 |
| Bruno Mars, Anderson .Paak, Silk Sonic | After Last Night (with Thundercat & Bootsy Collins) | SR0000932350 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/7205966222079462702 |
| Bruno Mars, Anderson .Paak, Silk Sonic | Leave The Door Open | SR0000932365 | Atlantic Recording Corporation | DSW | https://www.instagram.com/stories/highlights/17857772020776365/ |
| Burna Boy | Last Last | SR0000931330 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/7216377281193905454 |
| CamelPhat & Elderbrook | Cola | SR0000918516 | Big Beat Records Inc. | The Shoe Company | https://www.instagram.com/reel/CilNYfwgGce/ |
| Cardi B | Up | SR0000934506 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/6936250925820464389 |
| Cassie | Long Way 2 Go | SR0000394687 | Bad Boy Records LLC | The Shoe Company | https://www.tiktok.com/@theshoecompany_/video/7143259891614977286 |
| Charli xcx | Speed Drive (From Barbie The Album) | SR0000968761/ SR0000975539 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/7259393931752770858 |
| Cher | Believe | SR0000261347 | Warner Music International Services Limited | Keds | https://www.tiktok.com/@keds/video/7200482057682849070 |

1

## Schedule A

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Danity Kane | Show Stopper | SR0001014443 | Bad Boy Records LLC | DSW | https://www.tiktok.com/@dsw/video/7202636184827252010 |
| David Guetta & Bebe Rexha | I'm Good (Blue) | SR0000940861 | Warner Music International Services Limited | DSW | https://www.instagram.com/reel/CohvjfPgfCQ/ |
| Dua Lipa | Dance The Night (From Barbie The Album) | SR0001011873 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/7267556441618222378 |
| Dua Lipa | Levitating | SR0000902950 | Warner Music International Services Limited | The Shoe Company | https://www.instagram.com/reel/COYo_t2B9Ge/ |
| Dua Lipa | Levitating (feat. DaBaby) [Don Diablo Remix] | SR0001001469 | Warner Music International Services Limited | DSW | https://www.instagram.com/reel/CL-dj0IA5HD/ |
| Echosmith | Cool Kids | SR0000968318 | Warner Records Inc. | The Shoe Company | https://www.instagram.com/reel/Cfo-0ZcAlrO/ |
| Ed Sheeran | Shivers | SR0000935936 | Warner Music International Services Limited | The Shoe Company | https://www.instagram.com/reel/C1xN5DLOcn8/ |
| Eliza Rose & Interplanetary Criminal | B.O.T.A. (Baddest Of Them All) | SR0000940883 | Warner Music International Services Limited | The Shoe Company | https://www.tiktok.com/@theshoecompany_/video/7145899973203201285 |
| FIFTY FIFTY | Cupid (Twin Ver.) | SR0000993474 | Warner Music International Services Limited | DSW | https://www.tiktok.com/@dsw/video/7221160801862700330 |
| Fitz and The Tantrums | Out of My League | SR0000724442 | Elektra Entertainment LLC | Topo | https://www.tiktok.com/@topoathletic/video/7253122875253591338 |
| Fleetwood Mac | Dreams | N39857 | Rhino Entertainment LLC | DSW | https://www.instagram.com/stories/highlights/18286158043034708/ |
| Gorillaz | Feel Good Inc. | SR0000379134 / SRu000573812 | Warner Music International Services Limited | The Shoe Company | https://www.instagram.com/reel/CrOvlblgvoe/ |
| Icona Pop | I Love It (feat. Charli xcx) | SR0000723485 | Atlantic Recording Corporation | DSW | https://www.instagram.com/reel/CdWd8x8gRnn/ |

2

**Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Jack Harlow | First Class | SR0000927372 | Atlantic Recording Corporation | DSW | https://www.instagram.com/reel/CfJobY9ABIm/ |
| Jack Harlow | WHATS POPPIN | SR0000877565 | Atlantic Recording Corporation | DSW | https://www.instagram.com/reel/ChM8sKiAoFD/ |
| James Taylor | Carolina in My Mind | N38974 | Rhino Entertainment LLC | DSW | https://www.instagram.com/stories/highlights/18095798182282761/ |
| Jason Derulo | Acapulco | SR0000909583 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/7046434984600538415 |
| Jason Derulo | Whatcha Say | SR0000685175 | Warner Records Inc. | DSW | https://www.instagram.com/reel/CnXDOuwIOoI/ |
| Jessie James Decker | Should Have Known Better | SR0000934732 | Warner Music Nashville LLC | DSW | https://www.instagram.com/reel/CbAwpsAgN93/ |
| Kaliii | Area Codes | SR0000959272 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/7231928983833775406 |
| Kiiara | Gold | SR0000928406 | Atlantic Recording Corporation | The Shoe Company | https://www.pinterest.ca/pin/392868767508635956/ |
| Leslie Odom, Jr., Lin-Manuel Miranda, Original Broadway Cast of Hamilton | A Winter's Ball | SR0000923673 | Atlantic Recording Corporation | DSW | https://www.instagram.com/reel/CcWAZYsAskU/ |
| Linkin Park | In the End | SR0000288402 | Warner Records Inc. | DSW | https://www.tiktok.com/@dsw/video/7114718110556359978 |
| Lizzo | About Damn Time | SR0000927976 | Atlantic Recording Corporation | DSW | https://www.instagram.com/reel/CdeLeQ6AEof/ |
| Lizzo | Boys | SR0000871754 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/6905882497221987590 |
| Lizzo | Juice | SR0000850617 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/6966594804218170629 |
| Lizzo | Rumors (feat. Cardi B) | SR0000927183 | Atlantic Recording Corporation | DSW | https://www.instagram.com/stories/highlights/18095798182282761/ |
| Lizzo | Special (feat. SZA) | SR0000954164 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/7224149530202180907 |

3

**Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Lykke Li | I Follow Rivers (The Magician Remix) | SR0000913999 | Warner Music International Services Limited | The Shoe Company | https://www.instagram.com/reel/ClyvQ_tgz07/ |
| Madonna | Hung Up | SR0000375278 | Rhino Entertainment LLC | The Shoe Company | https://www.youtube.com/shorts/nqlG_25i928 |
| Martin Solveig & Dragonette | Hello | SR0000754786 | Big Beat Records Inc. | DSW | https://www.instagram.com/stories/highlights/18286158043034708/ |
| Martin Solveig & GTA | Intoxicated | SR0000966671 | Big Beat Records Inc. | DSW | https://www.instagram.com/reel/CgnGXaLAO9Q/ |
| Michael Bublé | Holly Jolly Christmas | SR0000704271 | Warner Records Inc. | DSW | https://www.instagram.com/reel/Ck3YDbsgJfI/ |
| Michael Bublé | It's Beginning to Look a Lot like Christmas | SR0000704271 | Warner Records Inc. | The Shoe Company | https://www.instagram.com/reel/C1NMPOXOHUg/ |
| Michael Bublé | Sway | SR0000330696 | Warner Records Inc. | DSW | https://www.instagram.com/reel/CeL65-GA4VW/ |
| Missy Elliott | Get Ur Freak On | SR0000297686 | Elektra Entertainment Group Inc. | The Shoe Company | https://www.instagram.com/reel/Ci2iYD_g7-4/ |
| Missy Elliott | Work It | SR0000345855 / SR0000963755 | Elektra Entertainment Group Inc. | DSW | https://www.instagram.com/reel/Ce62l6lgRTB/ |
| Morten Harket | Can't Take My Eyes Off You | SR0000188251 | Warner Records Inc. | DSW | https://www.instagram.com/reel/Cclfz25gaxq/ |
| Oliver Tree & Robin Schulz | Miss You | SR0000939376 | Atlantic Recording Corporation | DSW | https://www.tiktok.com/@dsw/video/7156235783488179502 |
| Paolo Nutini | New Shoes | SR0000403474 | Warner Music International Services Limited | The Shoe Company | https://www.instagram.com/reel/Cp23_o7p5Hu/ |
| PinkPantheress & Ice Spice | Boy's a liar Pt. 2 | SR0000954220 | Warner Music International Services Limited | DSW | https://www.tiktok.com/@dsw/video/7211517807652113706 |
| Saweetie | Best Friend (feat. Doja Cat & Katja Krasavice) [Remix] | SR0000904235 | Warner Records Inc. | DSW | https://www.instagram.com/stories/highlights/17857772020776365/ |

**Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Saweetie | Get It Girl (from Insecure: Music From The HBO Original Series, Season 5) | SR0000947216 | Atlantic Recording Corporation | DSW | https://www.instagram.com/reel/Cb-3E-Wg98v/ |
| Saweetie | My Type | SR0000848820 | Warner Records Inc. | DSW | https://www.instagram.com/reel/Cg99kJLggfx/ |
| Simple Plan | I'm Just a Kid | SR0000351060 | Atlantic Recording Corporation | Keds | https://www.instagram.com/reel/CdTKLYNgVrX/ |
| The Spinners | Could It Be I'm Falling in Love | N3465 | Atlantic Recording Corporation | The Shoe Company | https://www.instagram.com/reel/CkOJuR3AqwH/ |
| Tiësto & Ava Max | The Motto | SR0001010344 | Atlantic Recording Corporation | Designer Brands | https://www.instagram.com/stories/highlights/17967860762124052/ |
| Tones And I | Dance Monkey | SR0000875448 | Elektra Entertainment Group Inc. | DSW | https://www.tiktok.com/@dsw/video/6968851250234379525 |
| Wale | Poke It Out (feat. J. Cole) | SR0000945347 | Warner Records Inc. | DSW | https://www.instagram.com/stories/highlights/18095798182282761/ |
| **MUSICAL COMPOSITIONS** | | | | | |
| Ariana Grande | 7 rings | PA0002191175 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/Celoc4HAOfL/ |
| Ariana Grande | Santa Tell Me | PA0002017706 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7175168830698769706 |
| Ariana Grande | Worst Behavior | PA0002436046 | Warner-Tamerlane Publishing Corp. | Keds | https://www.instagram.com/reel/CpOUalpATrp/ |
| Armani White | BILLIE EILISH. | PA0002417990 | Warner-Tamerlane Publishing Corp.; Warner Chappell Music, Inc. | DSW | https://www.instagram.com/reel/CkBLS__gnkN/ |
| Ashanti | Foolish | PA0001263373 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/Cj24p2sAKjO/ |
| Azealia Banks, Lazy Jay | 212 | PA0001769492 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7231249220529868075 |
| Baby Tate & Saweetie | Hey, Mickey! | PA0002490193 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7217192743343279403 |

**Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Berlin | Take My Breath Away (Love Theme from "Top Gun") | PA0000292409 | W Chappell Music Corp. | Keds | https://www.tiktok.com/@keds/video/7405652281162714414 |
| Beyoncé | AMERICA HAS A PROBLEM | PA0002375263 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7210775225850531114 |
| Beyoncé | BREAK MY SOUL | PA0002375264 | W Chappell Music Corp. | DSW | https://www.instagram.com/reel/Cf2CzrDgdee/ |
| Beyoncé | Crazy In Love (feat. Jay-Z) | PA0001208972 | Unichappell Music Inc. | DSW | https://www.instagram.com/reel/Cbk_i96g0ed/ |
| Beyoncé | Crazy In Love (feat. Jay-Z) | PA0001208972 | Unichappell Music Inc. | Keds | https://www.tiktok.com/@keds/video/7104306535467126062 |
| Beyoncé | CUFF IT | PA0002375268 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | Designer Brands | https://www.instagram.com/stories/highlights/18082019326323618/ |
| Beyoncé | Formation | PA0002061475 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | DSW | https://www.instagram.com/reel/Cgo2p-FARhi/ |
| Beyoncé | MOVE (feat. Grace Jones & Tems) | PA0002375276 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7136233222718885163 |
| Beyoncé | Naughty Girl | PA0001208974 | W Chappell Music Corp.; Rightsong Music Inc. | DSW | https://www.instagram.com/reel/Cdf8VezgC6H/ |
| Beyoncé | Partition | PA0001918144 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | DSW | https://www.instagram.com/reel/Ca4-0oeggse/ |
| Beyoncé | PURE/HONEY | PA0002375261 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CocpZ2iA47h/ |
| Beyonce | PURE/HONEY | PA0002375261 | W Chappell Music Corp., Warner-Tamerlane Publishing Corp. | Keds | https://www.tiktok.com/@keds/video/7160710949685464362 |
| Beyoncé | Yoncé - Homecoming Live | PA0001986580/ PA0002376949 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7242677891497004331 |

6

**Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Beyoncé, Shakira | Beautiful Liar | PA0002490234 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7227103550197763370 |
| Bill Withers | Lovely Day | PA0000027843 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/CifMNg5AMMl/ |
| Bobby Helms | Jingle Bell Rock | EP0000113915 / RE0000234391 | Warner Chappell Music, Inc. | The Shoe Company | https://www.instagram.com/reel/CmcfZxBos7Z/ |
| Brent Faiyaz | JACKIE BROWN | PA0002490181 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7211254136019651886 |
| Bruno Mars | Talking to the Moon | PA0001869984 | Warner Chappell Music, Inc. | DSW | https://www.tiktok.com/@dsw/video/7015587521492995334 |
| Bruno Mars, Anderson .Paak, Silk Sonic | After Last Night (with Thundercat & Bootsy Collins) | PA0002459496 | Warner Chappell Music, Inc.; W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7205966222079462702 |
| Bruno Mars, Anderson .Paak, Silk Sonic | Leave The Door Open | PA0002314161 | Warner Chappell Music, Inc.; W Chappell Music Corp. | DSW | https://www.instagram.com/stories/highlights/17857772020776365/ |
| Cardi B | Up | PA0002394634 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/6936250925820464389 |
| Carly Rae Jepsen | The Loneliest Time (feat. Rufus Wainwright) | PA0002483720 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/CkJg9jXAiAp/ |
| cassö, RAYE & D-Block Europe | Prada | PA0002490235 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7265327921806593322 |
| Cher | Believe | PA0000965807 | W Chappell Music Corp. | Keds | https://www.tiktok.com/@keds/video/7200482057682849070 |
| Ciara | Level Up | PA0002221124 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7148063625695989035 |
| David Bowie | Under Pressure - Live | PA0000120531 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/Clv-zrTAcC4/ |
| Dean Martin | Let It Snow! Let It Snow! Let It Snow! | EP136755/R542523/R560441 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/ClUryVRgmwV/ |

**Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Diplo, SIDEPIECE | On My Mind - Do You Dance? Edit | PA0002361561 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7148066121986395435 |
| DJ Khaled | Wild Thoughts (feat. Rihanna & Bryson Tiller) | PA0002082167 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/ClPbpV8ALoB/ |
| DNA, Suzanne Vega | Tom's Diner | PA0000330888 / PA0000497749 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/CkwBSfDA6c8/ |
| Doja Cat | Boss Bitch | PA0002310969 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/Chc-ABfg9GZ/ |
| Doja Cat | Kiss Me More (feat. SZA) | PA0002304261 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/CQbPQjpBvju/ |
| Doja Cat | Vegas (From the Original Motion Picture Soundtrack ELVIS) | PA0002377114 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/CgHrX3zACBW/ |
| Dove Cameron | Boyfriend | PA0002344245 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/CbC5uj-ABfj/ |
| Drake | Nice For What | PA0002230647 | W Chappell Music Corp. | Topo | https://www.instagram.com/reel/BjfqAxCAqhZ/ |
| Drake | Nonstop | PA0002228861 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/Cg69sTdA-D1/ |
| Drake, 21 Savage | Rich Flex | PA0002391759 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CnAPSgqIvZ3/ |
| Dua Lipa | Dance The Night (From Barbie The Album) | PA0002428590 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7267556441618222378 |
| Dua Lipa | Levitating | PA0002292827 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/COYo_t2B9Ge/ |
| Dua Lipa | Levitating | PA0002292827 | W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CL-dj0IA5HD/ |
| Duke Dumont | Ocean Drive | PA0002012376 | W Chappell Music Corp. | DSW | https://www.facebook.com/DSW/videos/10154610697649306/ |

8

## Schedule A

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Echosmith | Cool Kids | PA0002385935 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/Cfo-0ZcAlrO/ |
| Eliza Rose & Interplanetary Criminal | B.O.T.A. (Baddest Of Them All) | PA0002435734 | W Chappell Music Corp. | The Shoe Company | https://www.tiktok.com/@theshoecompany_/video/7145899973203201285 |
| Fat Joe | What's Luv? (feat. Ja-Rule & Ashanti) | PA0001146216/ PA0001671409 | W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CcA0rU_Ar2L/ |
| Fat Joe | What's Luv? (feat. Ja-Rule & Ashanti) | PA0001146216/ PA0001671409 | W Chappell Music Corp. | Keds | https://www.instagram.com/reel/CsmVS3mMPN0/ |
| Fitz and The Tantrums | Out of My League | PA0001847257 | W Chappell Music Corp. | Topo | https://www.tiktok.com/@topoathletic/video/7253122875253591338 |
| Frank Sinatra | Let It Snow! Let It Snow! Let It Snow! (with the B. Swanson Quartet) | EP136755/R542523/R560441 | W Chappell Music Corp. | DSW | https://www.instagram.com/reel/Cl6L3__AzYw/ |
| French Montana | Unforgettable (feat. Swae Lee) | PA0002099601 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/Cc1fYgtP_iw/ |
| Fugees | Killing Me Softly With His Song | EU0000339027/ RE0000879477 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7241184077338938666 |
| Gene Autry | Here Comes Santa Claus | EU0000100906/ R599517 | Gene Autry's Western Music Publishing Co | The Shoe Company | https://www.instagram.com/reel/CmZMGUFgMuw/ |
| Gnarls Barkley | Crazy | PA0001338240 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/CmIM7leg7CD/ |
| GoldLink | Crew (feat. Brent Faiyz & Shy Glizzy) | PA0002100063 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/CbIRv1TrtKL/ |
| Haddaway | What Is Love | PA0000787854 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7246458778550324522 |
| Hailee Steinfeld | Most Girls | PA0002146327 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | DSW | https://www.instagram.com/reel/Bat7ITIDUeK/ |

9

**Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| House Of Pain | Jump Around | PA0001719145 | W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CjVNzX2AvfM/ |
| Ice Spice | In Ha Mood | PA0002447793 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7200444455885802798 |
| J. Cole | Work Out | PA0001775270 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7241935728668593451 |
| J. Cole, Trey Songz | Can't Get Enough | PA0001778257 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/CbqRxIDgadZ/ |
| Jack Harlow | First Class | PA0002355942 | W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CfJobY9ABIm/ |
| Jack Harlow | WHATS POPPIN | PA0002243488 | Warner-Tamerlane Publishing Corp., W Chappell Music Corp. | DSW | https://www.instagram.com/reel/ChM8sKiAoFD/ |
| Jeremih | oui | PA0002062913 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/CfHyr5tAd0A/ |
| Jorja Smith | Little Things | PA0002490249 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7249777730718420266 |
| Justin Timberlake | Cry Me a River | PA0001149534 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7260224448278711598 |
| Justin Timberlake | Mirrors | PA0001915506 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7256907537977543979 |
| Kaliii | Area Codes | PA0002490149 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7231928983833775406 |
| Katy Perry | Last Friday Night (T.G.I.F) | PA0001753637 | W Chappell Music Corp. | Keds | https://www.instagram.com/reel/CQgRDVsB9nd/ |
| Kendrick Lamar | All The Stars (with SZA) | PA0002129609 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/Cl6VRwYAi0d/ |
| Kendrick Lamar, Jay Rock | Money Trees | PA0001871263 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7236014810347982126 |
| Keyshia Cole (feat. Missy Elliott & Lil' Kim) | Let It Go | PA0001589927 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7263109199985495338 |
| Kiiara | Gold | PA0002070624 | W Chappell Music Corp. | The Shoe Company | https://www.pinterest.ca/pin/392868767508635956/ |

## Schedule A

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Kool & The Gang | Celebration | PA0000411606 | Warner-Tamerlane Publishing Corp., W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7171461086682647850 |
| Kool & The Gang | Summer Madness | EP0000329126/ PA0000845531 | Warner-Tamerlane Publishing Corp., W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/6976624973234408710 |
| Lady Gaga | Bloody Mary | PA0001757746 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/CnexyYjIPYq/ |
| Lady Gaga | Born This Way | PA0001757756 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7241568638510157098 |
| Leona Lewis | Better In Time | PA0001609111 | Warner Chappell Music, Inc. | Topo | https://www.instagram.com/reel/C4IvWh3MEly/ |
| Leslie Odom, Jr., Lin-Manuel Miranda, Original Broadway Cast of Hamilton | A Winter's Ball | PA0001989311/ PA0001398281 | W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CcWAZYsAskU/ |
| Libianca | People | PA0002490244 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7235449638805982506 |
| Lil Wayne | Lollipop (feat. Static Major) | PA0001619781 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7237108979321539882 |
| Lizzo | About Damn Time | PA0002370686 | Warner Chappell Music, Inc. | DSW | https://www.instagram.com/reel/CdeLeQ6AEof/ |
| Lizzo | Boys | PA0002292950 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/6905882497221987590 |
| Lizzo | Juice | PA0002293037 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/6966594804218170629 |
| Lizzo | Rumors (feat. Cardi B) | PA0002343373 | Warner Chappell Music, Inc.; W Chappell Music Corp. | DSW | https://www.instagram.com/stories/highlights/18095798182282761/ |
| Lizzo | Special (feat. SZA) | PA0002378503 | Warner Chappell Music, Inc.; W Chappell Music Corp., Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7224149530202180907 |

**Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Madonna | Back That Up To The Beat - demo version | PA0002435684 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/CocuW3lJ2kw/ |
| Madonna | Hung Up | PA0001162837 | W Chappell Music Corp. | The Shoe Company | https://www.youtube.com/shorts/nqlG_25i928 |
| Mariah Carey | Heartbreaker (Remix) [feat. Missy Elliott & Da Brat] | PA0000996562 | W Chappell Music Corp. | Topo | https://www.instagram.com/reel/C7MWG4HMVfH/ https://www.tiktok.com/@topoathletic/video/7371092889784438059 |
| Martin Garrix | Summer Days (feat. Macklemore & Patrick Stump) | PA0002197113 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/6958044294083087622 |
| Martin Garrix | Summer Days (feat. Macklemore & Patrick Stump) | PA0002197113 | W Chappell Music Corp. | Keds | https://www.instagram.com/reel/CfEmShaABtS/ |
| Matt Corman | Put Em in They Place | PA0002516775 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7324712071881592110 |
| Metro Boomin | Trance (with Travis Scott & Young Thug) | PA0002490221 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7241251536146500910 |
| Michael Gray | The Weekend - Radio Edit | PA0001275238 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/CWTdgTHg1HF/ |
| Michael Jackson | Thriller | PA0000162442 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/CkYnXM3gCBd/ |
| Mila J | Kickin' Back | PA0002042829 | Warner-Tamerlane Publishing Corp., W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CkTMwFoAPLW/ |
| Missy Elliott | Get Ur Freak On | PA0001146413 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/Ci2iYD_g7-4/ |
| Nappy Roots | Good Day | PA0001627399 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/stories/highlights/17862651931531321/ |
| Nelly | Dilemma (feat. Kelly Rowland) | PA0001073273 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7142924579382791470 |

**Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Nicki Minaj | Itty Bitty Piggy | PA0002466565 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7207835683900165422 |
| Nicki Minaj, Ice Spice, Aqua | Barbie World (with Aqua) [From Barbie The Album] | PA0002471371 | Warner-Tamerlane Music Corp., W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7257250357615529262 |
| Nicky Youre, dazy | Sunroof (feat. Thomas Rhett) | PA0002379295 | Warner-Tamerlane Music Corp., W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7129543296678087982 |
| Ocean Alley | Confidence | PA0002516954 | W Chappell Music Corp. | Topo | https://www.instagram.com/reel/C1rsRocs7Y_/ |
| Oliver Tree & Robin Schulz | Miss You | PA0002490231 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7156235783488179502 |
| Olivia Rodrigo | good 4 u | PA0002404776 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/6986690345371258118 |
| Paolo Nutini | New Shoes | PA0001644758 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/Cp23_o7p5Hu/ |
| Parcels | Lightenup- from Hansa Studios, Berlin | PA0002490240 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/C3vRAmKO8_C/ |
| PinkPantheress & Ice Spice | Boy's a liar Pt. 2 | PA0002436037 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7211517807652113706 |
| Pitbull | Hotel Room Service | PA0001677761 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/CqxwAF0gKd8/ |
| Ralph Castelli | Morning Sex | PA0002394626 | W Chappell Music Corp. | Topo | https://www.instagram.com/reel/CzGzd2LsHNJ/ |
| Rema | Calm Down | PA0002435681 | W Chappell Music Corp. | The Shoe Company | https://www.tiktok.com/@theshoecompany_/video/7228229193660763398 |
| Ricky Martin | Livin' la Vida Loca | PA0000967146 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/stories/highlights/18286158043034708/ |
| Rihanna | Pon de Replay | PA0001311248 | Warner-Tamerlane Publishing Corp., W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/Cih6bxPgr3L/ |
| Rihanna | Where Have You Been | PA0001801575 | Unichappell Music Inc. | DSW | https://www.instagram.com/reel/Cpkpwongj2y/ |

13

**Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Rihanna, JAY-Z | Umbrella | PA0001602373 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/CkgTEHLAKVP/ |
| Russ | 3:15 (Breathe) | PA0002104393 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7259760282447187242 |
| Sage The Gemini, Iamsu! | Gas Pedal | PA0001919279 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/Cba1Qc0g79D/ |
| Sam Smith | Unholy (feat. Kim Petras) | PA0002381391 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CkjtpkWg2qr/ |
| Saweetie | Best Friend (feat. Doja Cat) | PA0002291322 | W Chappell Music Corp. | DSW | https://www.instagram.com/stories/highlights/17857772020776365/ |
| Saweetie | Get It Girl (from Insecure: Music From The HBO Original Series, Season 5) | PA0002490238 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/Cb-3E-Wg98v/ |
| Saweetie | My Type | PA0002238407 | W Chappell Music Corp. | DSW | https://www.instagram.com/reel/Cg99kJLggfx/ |
| Simple Plan | I'm Just a Kid | PA0001084655 | W Chappell Music Corp. | Keds | https://www.instagram.com/reel/CdTKLYNgVrX/ |
| Soulja Boy | Pretty Boy Swag | PA0001734530 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7156316023803743531 |
| Stacey Ryan | Fall In Love Alone | PA0002436042 | Warner-Tamerlane Publishing Corp.; W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/C35k1hPOkln/ |
| SZA | Good Days | PA0002333973 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7100933312771837227 |
| SZA | Kill Bill | PA0002397976 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7200070036185156906 |
| SZA | Kill Bill | PA0002397976 | Warner-Tamerlane Publishing Corp. | Keds | https://www.tiktok.com/@keds/video/7194567614470065454 |
| SZA | Snooze | PA0002451534 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7199661900639063342 |
| Taylor Swift | Style | PA0001981838 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7255334291637292331 |

**Schedule A**

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| The Love Unlimited Orchestra | Love's Theme | EU0000433739/ RE0000841846 | Unichappel Music, Inc. | The Shoe Company | https://www.instagram.com/reel/C3qfKt4ODTV/ |
| The Spinners | Could It Be I'm Falling in Love | EP309686 | Warner-Tamerlane Publishing Corp. | The Shoe Company | https://www.instagram.com/reel/CkOJuR3AqwH/ |
| The Weeknd | After Hours | PA0002237665 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7223012762530729258 |
| The Weeknd | Out of Time | PA0002360409 | W Chappell Music Corp. | The Shoe Company | https://www.instagram.com/reel/C2RJ39auzi0/ |
| The Weeknd | Popular (with Playboi Carti & Madonna) | PA0002437489 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7265702489310121259 |
| The Weeknd | The Hills | PA0001986818 / PA0001398369 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7212999504230944043 |
| Tiësto & Ava Max | The Motto | PA0002338080 | W Chappell Music Corp.; Warner Chappell Music, Inc. | Designer Brands | https://www.instagram.com/stories/highlights/17967860762124052/ |
| Tones And I | Dance Monkey | PA0002203186 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/6968851250234379525 |
| Tove Lo | Habits | PA0002490237 | W Chappell Music Corp. | DSW | https://www.tiktok.com/@dsw/video/7078287479266299182 |
| Tyler, The Creator | Lone | PA0001993158 | W Chappell Music Corp. | Topo | https://www.instagram.com/reel/DA8eeAjvhIx/ |
| Usher | Burn - Radio Mix | PA0001159079 | W.C.M. Music Corp. | DSW | https://www.tiktok.com/@dsw/video/6918360953511890182 |
| Usher | U Don't Have to Call | PA0000846616 | Warner Chappell Music, Inc. | DSW | https://www.tiktok.com/@dsw/video/7216377281193905454 |
| Vanessa Hudgens | Come Back to Me | PA0001661428 | Unichappell Music Inc. | Keds | https://www.tiktok.com/@keds/video/7093176145981476142 |
| Wale | Poke It Out (feat. J. Cole) | PA0002341514 | W Chappell Music Corp.; Unichappell Music Inc. | DSW | https://www.instagram.com/stories/highlights/18095798182282761/ |

15

## Schedule A

Representative WMG Copyrighted Works Infringed by DSW

| Artist | Work Title | Registration Number | Plaintiff(s) | Posted By | URL(s) |
|---|---|---|---|---|---|
| Wham! | Last Christmas | PA0000296385 | Warner Chappell Music, Inc. | The Shoe Company | https://www.instagram.com/reel/CmbyNDUIpqi/ https://www.instagram.com/reel/ClrDGkygNxP/ https://www.tiktok.com/@dsw/video/7308753974671215903 https://www.instagram.com/reel/CmHJ2Engd6r/ |
| Whitney Houston | How Will I Know | PA0000243349/ PA0000266437 | W Chappell Music Corp. | The Shoe Company | https://www.pinterest.ca/pin/392868767510131578/ |
| Yo Gotti | Down In the DM | PA0002018333 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/CoNEa6Egdtr/ |
| Yo Gotti | Pose (feat. Megan Thee Stallion & Lil Uzi Vert) | PA0002238932 | W Chappell Music Corp. | DSW | https://www.instagram.com/reel/CZHg807o2ss/ |
| Young-Holt Unlimited | Soulful Strut | EP254603 / EP254020 / EP256052 | Warner-Tamerlane Publishing Corp.; Unichappell Music, Inc. | The Shoe Company | https://www.instagram.com/reel/Cl39-0tAF3d/ |
| Young-Holt Unlimited | Soulful Strut | EP254603 / EP254020 / EP256052 | Warner-Tamerlane Publishing Corp.; Unichappell Music Inc. | Keds | https://www.tiktok.com/@keds/video/7384168668378189102 https://www.instagram.com/reel/CoC62EzgfoZ/ |
| Yung Bae | L.O.V.E. (feat. EARTHGANG, Jon Batiste & Sherwyn) | PA0002369194 | Warner-Tamerlane Publishing Corp. | DSW | https://www.tiktok.com/@dsw/video/7164076519805979950 |
| Yung Gravy | Betty (Get Money) | PA0000375327 | Warner-Tamerlane Publishing Corp. | DSW | https://www.instagram.com/reel/CilAmPqA8rF/ |

16