THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Atlantic Recording Corporation, et al.

v.

Designer Brands Inc., et al.

Case No. 2:25-cv-00479
Judge: _____
Corporate Disclosure Statement

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

All Plaintiffs.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

   ✓ YES     ___ NO

   If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
   See attached Fed. R. Civ. P. 7.1 Schedule, incorporated by reference.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

   ✓ YES     ___ NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest.
   See attached Fed. R. Civ. P. 7.1 Schedule, incorporated by reference.

   /s/ Mark C. Melko                         5/1/2025
   Signature of Counsel                      Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

**Fed. R. Civ. P. 7.1 Schedule**

The below-listed Plaintiff entities are wholly-owned indirect subsidiaries of Warner Music Group Corp., which is a publicly traded company:

> Atlantic Recording Corporation
> Big Beat Records Inc.
> Elektra Entertainment Group Inc.
> Elektra Entertainment LLC
> Rhino Entertainment LLC
> Warner Music International Services Limited
> Warner Music Nashville LLC
> Warner Records Inc.
> Cotillion Music, Inc.
> Gene Autry's Western Music Publishing Co.
> Unichappell Music Inc.
> W Chappell Music Corp.
> W.C.M. Music Corp.
> Warner Chappell Music, Inc.
> Warner-Tamerlane Publishing Corp.

AI Entertainment Holdings LLC and certain of its affiliates own more than ten percent (10%) of Warner Music Group Corp.'s stock.

Plaintiff Bad Boy Records LLC is a joint venture in which BB Investments LLC, a wholly-owned indirect subsidiary of Warner Music Group Corp., holds a fifty percent (50%) interest. Bad Boy Records, which is not a publicly traded company, holds the remaining fifty percent (50%) interest in Bad Boy Records LLC. No publicly traded corporation directly or indirectly holds ten percent (10%) or more of the stock in Bad Boy Records.