United States District Court
Southern District of Ohio

## Related Case Memorandum
### Civil Cases

**TO:** Judge Watson, Judge Graham, Magistrate Judge Deavers and Magistrate Judge Vascura

**FROM:** Eduardo Rivera, Case Administrator

**DATE:** July 18, 2025

**SUBJECT:** Case Caption: Designer Brands, Inc. et al v. Sony Music Entertainment, et al.

**CASE:** Case Number: Doc. 2:25-cv-0765 1

**DISTRICT JUDGE:** Judge Graham/Magistrate Judge Vascura

File Date: 7/9/2025

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **Atlantic Recording Corporation et al v. Designer Brands Inc. et al**

Case Number: **Doc. 2:25-cv-00479 1**  District Judge: **Watson**

File Date: **5/1/2025**  Magistrate Judge: **Deavers**

**Related Case(s):**

Case Caption:

Case Number:  District Judge:

File Date:  Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator __Eduardo Rivera__ as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge __Watson__

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_(signature)_
United States District Judge

*s/ James L. Graham*
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*