IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, BAD BOY RECORDS LLC, BIG BEAT RECORDS INC., ELEKTRA ENTERTAINMENT GROUP INC., RHINO ENTERTAINMENT LLC, WARNER MUSIC INTERNATIONAL SERVICES LIMITED, WARNER MUSIC NASHVILLE LLC, WARNER RECORDS INC., COTILLION MUSIC, INC., GENE AUTRY'S WESTERN MUSIC PUBLISHING CO., UNICHAPPELL MUSIC INC., W CHAPPELL MUSIC CORP., W.C.M. MUSIC CORP., WARNER CHAPPELL MUSIC, INC., and WARNER-TAMERLANE PUBLISHING CORP., <br><br>    Plaintiffs, <br><br>    v. <br><br>DESIGNER BRANDS INC., DSW SHOE WAREHOUSE, INC., TOPO ATHLETIC LLC, and DOES 1 through 10, inclusive, <br><br>    Defendants. | CASE NO.  2:25-cv-00479-MHW-EPD <br><br>Judge Michael H. Watson <br><br>Magistrate Judge Elizabeth A. Preston Deavers |

## **ORDER**

      This matter is before the Court on Plaintiffs' Unopposed Motion for Leave to File Under Seal.  Plaintiffs seek to seal their forthcoming opposition to Defendants' motion to compel (ECF. No. 41).  More specifically, Plaintiffs seek to file under seal certain information referenced in Defendants' motion to compel, which this Court already has ordered to be sealed (ECF No. 44).  As such, the Court is satisfied that Plaintiffs have demonstrated that protecting such information outweighs the public's interest in disclosure of these materials in this case.  *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016).

Accordingly, Plaintiffs' Unopposed Motion for Leave to File Under Seal is **GRANTED**. Plaintiffs shall file their forthcoming opposition to Defendants' motion to compel under seal. The Clerk is **DIRECTED** to maintain these documents under seal until further Order of the Court.  The parties are precluded from publicly disclosing the sealed information or disclosing such information to any third party, unless otherwise agreed to by the parties.

**IT IS SO ORDERED.**

Dated:  January 8, 2025                /s/ *Elizabeth A. Preston Deavers*
                                       ELIZABETH A. PRESTON DEAVERS
                                       UNITED STATES MAGISTRATE JUDGE