**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

ATLANTIC RECORDING
CORPORATION, *et al.*,              :
                                    :
            Plaintiffs,             :
                                    :      **Case No. 2:25-cv-00479**
      v.                            :      **Judge Michael H. Watson**
                                    :      **Magistrate Judge S. Courter M. Shimeall**
                                    :
DESIGNER BRANDS INC., *et al.*,     :
                                    :
            Defendants.             :

## ORDER

Following some back and forth about possible discovery disputes, and after a Discovery Conference held on December 16, 2025, the parties filed cross Motions to Compel Discovery. (ECF No. 41 (Plaintiffs' Motion); ECF No. 42 (Defendants').)  The parties' Motions appear fully (and extensively) briefed.  Given the current state of the Motions, and given that, in the interim, the Undersigned has taken the bench, this matter requires a discovery hearing—for the parties to discuss, with the Court, the following: whether any discovery issues remain; if so, whether the parties have satisfied the meet-and-confer requirement as to their disputes; and, where applicable, the substance of the parties' Motions, briefing, and disputes.

Accordingly, the parties are advised to **TAKE NOTICE** that a Telephonic Discovery Hearing will be held before the Honorable S. Courter M. Shimeall on April 9, 2026, at 1:00 PM. The parties are directed to call 1-551-285-1373, and enter Zoom Meeting ID 161-603-4081#.  The Participant ID and Meeting Passcode are both 581746#.

      **IT IS SO ORDERED.**

2

*/s/ S. Courter M. Shimeall*
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**