**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

ATLANTIC RECORDING
CORPORATION, *et al.*,                        :
                                              :
       **Plaintiffs,**                      :
                                              :        **Case No. 2:25-cv-00479**
    v.                                :        **Judge Michael H. Watson**
                                              :        **Magistrate Judge S. Courter M. Shimeall**
                                              :
DESIGNER BRANDS INC., *et al.*,               :
                                              :
       **Defendants.**

**ORDER**

This matter came before the Court for a telephonic discovery hearing on May 28, 2026. All parties appeared and were represented by counsel.  This Order memorializes the conference. At the conference, the parties discussed Plaintiffs' request to amend the protective order to provide for the disclosure of the unredacted social media agreements, which were the subject of a prior Order from this Court (ECF No. 66), on an outside attorneys' eyes only basis.

Plaintiffs argued that the protective order should be amended to add an outside attorneys' eyes only designation for the unredacted social media agreements because those agreements contain highly confidential and competitively sensitive information.  Defendants opposed the amendment, arguing that they need to have full and candid discussions with their clients' in-house counsel managing the case about the unredacted agreements.  After some discussion, the parties agreed to continue meeting and conferring to resolve the issue.  The Court notes that the parties remain free to request modifications to the protective order as necessary to implement any resolution they reach.

2

Finally, Plaintiffs made an oral motion to extend the deadline to produce the unredacted social media agreements per the Court's prior Order (ECF No. 66).  The Court **GRANTED** the motion and extended Plaintiffs' deadline to produce the unredacted social media agreements to **June 5, 2026**.

**IT IS SO ORDERED.**

*/s/ S. Courter M. Shimeall*
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**