**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| ATLANTIC RECORDING CORPORATION, *et al.*, | : | |
| Plaintiffs, | : | |
| | : | **Case No. 2:25-cv-00479** |
| v. | : | **Judge Michael H. Watson** |
| | : | **Magistrate Judge S. Courter M. Shimeall** |
| | : | |
| DESIGNER BRANDS INC., *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Extend Deadline to File Motions to Amend, wherein the parties request an extension of their deadline to file motions to amend or add parties until August 31, 2026.  (ECF No. 91.)  The parties represent that they seek the extension because they need further time to complete discovery and they are waiting on rulings on motions pending before the Court, "especially because those developments may result in amendments to the pleadings and/or additional discovery."  (*Id.*)

In the Court's Order granting the parties' prior request for an extension of the case deadlines, the Court cautioned the parties that, "[g]iven the length of the extension, . . . any further requests to extend the case schedule deadlines require a strong showing of good cause."  (ECF No. 78.)  In support of the parties' prior extension request, they represented that an extension was needed for similar, if not the same, reasons that they now seek an additional extension.  (*Compare* ECF No. 75 to ECF No. 91.)  Given the age of this case and the prior extensions allowed, the Court finds that the parties have failed to demonstrate the requisite strong showing of good cause.  Accordingly, the parties' Joint Motion (ECF No. 91) is **DENIED**.  If any party later believes it needs to amend a pleading in this action, that party may file a properly supported motion seeking the Court's leave to do so.

**IT IS SO ORDERED.**

/s/ S. Courter M. Shimeall
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**

2